**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03154-CMA-KMT

CRAZY WILLY'S INC.,

    Plaintiff,

v.

VALLEY FORGE INSURANCE CO., AND
CONTINENTAL CASUALTY COMPANY,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Defendants' Motion for Summary Judgment of Judge Christine M. Arguello entered on March 2, 2015 it is

    ORDERS that Defendants' Motion for Summary Judgment (Doc. # 28) is GRANTED. It is

    FURTHER ORDERED that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of the Court within 10 days of the entry of judgment. It is

    FURTHER ORDERED that the four-day jury trial, set to commence on June 15, 2015 is VACATED, as is the Final Trial Preparation Conference, set for May 29, 2015.

    Dated at Denver, Colorado this 3rd day of March, 2015.

                                               FOR THE COURT:
                                               JEFFREY P. COLWELL, CLERK

By:  s/   Sandra Hartmann

Sandra Hartmann
Deputy Clerk